**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD JEROME SMITH,**

      **Plaintiff,**

**v.**                              **Case No:   6:14-cv-731-Orl-41GJK**

**CIRCLE OF CARE, INC. HARBOR PINE,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court on periodic review. On May 8, 2014, Plaintiff filed a complaint (the "Complaint") in this matter against Defendant. Doc. No. 1. On July 22, 2014, the Court entered an Order to Show Cause, noting that "Plaintiff has not paid the filing fee or filed a motion to proceed in District Court without prepaying the filing fee." Doc. No. 5. As a result, the Court ordered Plaintiff to show cause in writing on or before August 5, 2014, why sanctions, including dismissal of the case, should not be imposed for failure to prosecute, pursuant to Local Rule 3.10. *Id*. The Court admonished Plaintiff that "[f]ailure to respond in the time provided will result in a recommendation that this case be dismissed without further warning." *Id*. Plaintiff has failed to timely respond to the order to show cause, and has otherwise taken no action in this case since the Complaint was filed on May 8, 2014.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to prosecute; and

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified and regular mail.**

Recommended in Orlando, Florida on August 6, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy