UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD JEROME SMITH,**

      **Plaintiff,**

v.                                               **Case No: 6:14-cv-731-Orl-41GJK**

**CIRCLE OF CARE, INC. HARBOR PINE,**

      **Defendant.**

                                             /

**ORDER**

THIS CAUSE is before the Court on review of the Report and Recommendation (Doc. 6) issued by United States Magistrate Judge Gregory J. Kelly. In his report, Judge Kelly recommends that this matter be dismissed without prejudice for failure to prosecute. This Court agrees.

Plaintiff filed his Complaint on May 8, 2014. (Doc. 1). Plaintiff did not pay the requisite filing fee, and he has taken no further action on this matter. On July 22, 2014, an Order to Show Cause was entered, requiring Plaintiff to show cause as to why sanctions, including dismissal of the case, should not be imposed for failure to prosecute. (Doc. 5). Plaintiff did not respond, nor did Plaintiff file any objection to Judge Kelly's Report and Recommendation.

After an independent *de novo* review of the record, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties